**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| E. DALE KUNKLE AND HELEN KUNKLE, | : No. 20 WAL 2015 |
| | : |
| Respondents | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| ROBERT G. POYDENCE, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| CARL M. VINCE, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.